AO 91 (Rev. 08/09) Criminal Complaint

FILED
JUN 19 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>RYAN WALSH<br><br>*Defendant(s)* | Case No. 4:13MJ5107 NAB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 15, 2013   in the city of   Saint Lous, Missouri   in the   Eastern   District of   Missouri  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 875(c) | Transmit in interstate commerce any communication containing any threat to injure the person of another. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*
David S. Herr, Special Agent, F.B.I.
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   June 19, 2013

*Judge's signature*

City and state:   St. Louis, Missouri     Honorable Nannette A. Baker, U.S. Magistrate Judge
*Printed name and title*