UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN 2 7 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:13 R 00269HEA |
| RYAN WALSH, | ) ) ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 15, 2013 at approximately 9:27 p.m., in Saint Louis City, Missouri. within the Eastern District of Missouri,

**RYAN WALSH,**

the Defendant herein, did knowingly transmit in interstate commerce a communication, that is a telephone message, which contained a threat to injure the person of another, wherein he stated to the recipient of the phone call, " But, more importantly, I'm going to kill you."

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
RAYMOND M. MEYER, 34584MO
Assistant United States Attorney