UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN 27 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) No. 4:13CR 00269 HEA
)
BRYAN WALSH, )
)
    Defendant. )

## REQUEST FOR CONTINUED DETENTION

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Raymond M. Meyer, Assistant United States Attorney for said District, and requests that the previous request for detention against the Defendant continue.

As and for its grounds, the United States states as follows:

1. Defendant previously was ordered detained on June 20, 2013.

2. There is a continued serious risk that the Defendant will flee if released on bond.

3. There is a continued threat to the community if Defendant is released on bond.

WHEREFORE, the United States requests that the previous request of detention continue against Defendant.

                                              RICHARD G. CALLAHAN
                                              United States Attorney

                                              *s/ Raymond M. Meyer*
                                              RAYMOND M. MEYER, #34584MO
                                              Assistant United States Attorney