UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
                                  )
vs.                               )  Case No. 4:13CR269HEA(DDN)
                                  )
RYAN WALSH,                       )
                                  )

## ORDER

The above-named defendant, having established the inability to retain private counsel, being in need of counsel, and being entitled to the appointment of counsel under the Criminal Justice Act, as amended, 18 U.S.C. § 3006(A),

**IT IS HEREBY ORDERED** that the Federal Public Defender for the Eastern District of Missouri is appointed to represent the above-named defendant in this matter.

/s/Shirley Padmore Mensah
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this   3rd   day of   July        , 2013