## United States District Court
Eastern District of Missouri
111 S. 10th Street, Rm.3.300
St. Louis, Missouri 63102

**Gregory J. Linhares**  **Phone: 314-244-7900**
 **Clerk of Court**

**IN RE: THE BUSINESS OF THE COURT**

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following domestic passports to the United States Department of State, CA/PPT/L/LA 44132 Mercure Circle, PO BOX 1227, Sterling, VA  20166-1227.

| **Defendant Name** | **Passport Number** | **Case Number** | **JCC Date** |
| --- | --- | --- | --- |
| Carlota Castaneda | 310112275 | 4:15-CR-0273-ERW-008 | 03/23/2016 |
| Theodore E. Deininger | 463806099 | 4:15-CR-0368-CDP-001 | 03/16/2016 |
| Anastasia Grzeskowiak | 445175120 | 4:16-CR-0028-CEJ-001 | 04/20/2016 |
| Archie Leon Hester | 519359732 | 1:15-CR-0098-SNLJ-001 | 04/05/2016 |
| Kenneth W. Kreisch | 474911130 | 4:14-CR-0082-JAR-001 | 04/12/2016 |
| Cody Wayne McDonald | 449651314 | 4:14-CR-0286-JAR-002 | 04/26/2016 |
| Michael Mimlitz | 463495196 | 4:16-CR-0020-CDP-001 | 04/22/2016 |
| Randy Mountain | 438170219 | 4:15-CR-0411-JAR-001 | 04/18/2016 |
| Laurie Jo Szucs | 218695658 | 4:15-CR-0207-HEA-003 | 02/17/2016 |
| Ryan Walsh | 089119917 | 4:13-CR-0269-HEA-001 | 05/10/2016 |
| Wisam Zeidan | 452696532 | 4:15-CR-0159-RWS-005 | 02/26/2016 |

Dated this 20th day of May, 2016.

_____
Rodney W. Sippel
Chief United States District Judge